**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112752
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Daniel Williams,

                Plaintiff,

                -against-

Allied Interstate LLC,

                Defendant.

Docket No: 2:17-cv-06337-ADS-AYS

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: January 9, 2018

                **BARSHAY SANDERS, PLLC**

                By:    */s Craig B. Sanders*
                Craig B. Sanders
                100 Garden City Plaza, Suite 500
                Garden City, New York 11530
                Tel. (516) 203-7600
                Email: *ConsumerRights@BarshaySanders.com*
                Our File No: 112752
                *Attorneys for Plaintiff*

Case will remain closed.  SO ORDERED.

__*Arthur D. Spatt*_____      __1/10/2018_____
Arthur D. Spatt, U.S.D.J.                                                           Date